**United States District Court**
For the Northern District of California

1
2
3
4
5            IN THE UNITED STATES DISTRICT COURT
6           FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8  MELEICO M. CARDONA,                    No. C 09-03123 SBA (PR)
9           Plaintiff,                    **ORDER OF TRANSFER**
10      v.
11 JAMES WALKER, et al.,
12          Defendants.
                                   /
13
14     Plaintiff, a state prisoner, has filed a <u>pro se</u> civil rights action pursuant to 42 U.S.C. § 1983.
15 The acts complained of occurred at California State Prison - Sacramento, which is located in the
16 Eastern District of California, and it appears that the Defendants reside in that district. Venue,
17 therefore, properly lies in that district and not in this one. <u>See</u> 28 U.S.C. § 1391(b).
18     Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is
19 TRANSFERRED to the United States District Court for the Eastern District of California. The
20 Clerk of the Court shall transfer the case forthwith.
21     IT IS SO ORDERED.
22 DATED: 7/15/09                              _____
                                               SAUNDRA BROWN ARMSTRONG
23                                             United States District Judge
24
25
26
27
28

P:\PRO-SE\SBA\CR.09\Meleico3123.Transfer.frm

**United States District Court**
For the Northern District of California

1  UNITED STATES DISTRICT COURT
   FOR THE
2  NORTHERN DISTRICT OF CALIFORNIA

3
   MELEICO M. CARDONA,
4                                                    Case Number: CV09-03123 SBA
              Plaintiff,
5                                                    **CERTIFICATE OF SERVICE**
     v.
6
   WALKER et al,
7
              Defendant.
8  _____/

9  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
10 Court, Northern District of California.

11 That on July 16, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said
   copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
12 envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle
   located in the Clerk's office.

13

14

15 Meleico M. Cardona C-49665
   California State Prison - Sacramento
16 P.O. Box 29006
   Represa, CA 95671
17
   Dated: July 16, 2009
18                                                   Richard W. Wieking, Clerk
                                                     By: LISA R CLARK, Deputy Clerk
19

20

21

22

23

24

25

26

27

28